# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2021

160469-71

**Bridget M. McCormack,**
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 160469-71
                                    COA: 342394, 342395, 342396
                                    Macomb CC: 2017-000447-FC,
                                                            2017-001859-FC,
                                                            2017-001865-FC

ANTHONY JOSEPH VEACH,
        Defendant-Appellant.

_____/

       By order of September 30, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the October 15, 2019 judgment of the Court of Appeals. On order of the Court, the answer having been received and, it appearing to this Court that the case of *People v Davis* (Docket No. 161396) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021



                              Clerk

a0113